MISTY A. MURRAY (SBN 196870)
Misty.Murray@maynardnexsen.com
CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
Telephone:  310-596-4500

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE HAZEL,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  2:23-cv-00338-TLN-DB<br><br>(Honorable Troy L. Nunley)<br><br>**JOINT REQUEST FOR MODIFICATION OF INITIAL SCHEDULING ORDER; ORDER**<br><br>[L.R. 143]<br><br>Complaint Filed:     February 23, 2023 |

Pursuant to Section XI (Special Cases) of the Court's April 6, 2023 Initial Scheduling Order (Dkt#13), Plaintiff Roxanne Hazel ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife"), by and through their respective counsel,[1] hereby request modification of the Initial Scheduling Order as follows:

The Court's April 6, 2023, Initial Scheduling Order, set the following dates:

- o Joint Discovery Plan: May 22, 2023
- o Discovery Cut-Off Date: December 22, 2023
- o Expert Disclosure Date: February 29, 2024
- o Motion Filing Cut-Off Date: June 19, 2024
- o Joint Notice of Trial Readiness: 30 days after Dispositive Motion ruling

This case involves a dispute over an overpayment of short-term disability ("STD") benefits under an employer-sponsored welfare benefit plan. Accordingly, Plaintiff's claim is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq.*

Because this is an ERISA-governed matter, discovery is limited and there will be no trial witnesses or testimony. Rather, the matter will be decided by the Court based upon the Administrative Record and any extrinsic evidence the Court may deem warranted under governing case law.  Given the streamlined procedures for deciding this ERISA matter, the Pre-Trial Conference requirements of Local Rules 280 through 285 and FRCP Rule 16 are not necessary, which the Parties request the Court waive.

In addition, the Parties propose modifications of the standard trial proceedings, and specifically that the case be resolved by way of Rule 52 cross motions in accordance with the procedures set forth in *Kearney v. Standard Ins. Co.*, 175 F.3d 1084 (9th Cir. 1999) (ERISA cross motions).  The Parties propose a briefing schedule with opening briefs, responding briefs, and a half-day bench trial.

---

[1] Because Defendant did not file a response to Plaintiff's complaint until April 26, 2023, the Parties could not jointly file this Request at an earlier date.

NOW THEREFORE, the Parties jointly request that the Court modify the Initial Scheduling Order as follows:

- Strike the Discovery Plan, Expert Disclosures and Joint Notice of Trial Readiness deadlines and the attendant requirements;
- Advance the Discovery and Dispositive Motion Cut-Off Dates;
- Waive the Final Pre-Trial Conference and its attendant requirements;
- Set the following Cross Briefing Schedule for the Trial of this matter:
    - Deadline to file Opening Rule 52 briefs:  January 11, 2024
    - Deadline to file Responsive Rule 52 briefs:  January 25, 2024
    - Hearing on Cross Motions for Judgment:  February 8, 2024

The requested modification will not affect any other deadlines or requirements set forth in the Initial Scheduling Order.

DATED:   April 26, 2023			MAYNARD NEXSEN LLP

					By: */s/ Misty A. Murray*
					MISTY A. MURRAY
					CHARLES K. CHINEDUH
					Attorneys for Defendant
					Metropolitan Life Insurance Company

DATED:   April 26, 2023			McKENNON LAW GROUP PC

					By: */s/ Robert J. McKennon*
					ROBERT J. McKENNON
					ERIK C. FRITZ
					Attorneys for Plaintiff
					Roxanne Hazel

### FILER'S ATTESTATION

*In compliance with Local Rules, I, Misty A. Murray, hereby attest that all party signatories hereto concur in this filing.*

					*/s/ Misty A. Murray*

# ORDER

Having reviewed the Parties' Stipulation to Modify the Initial Scheduling Order in this ERISA-governed matter, and for GOOD CAUSE APPEARING, it is hereby ordered that the Court's Initial Scheduling Order (Dkt#13) is modified as follows:

- The Discovery Plan, Expert Disclosures and Joint Notice of Trial Readiness deadlines and the attendant requirements are stricken.
- The Discovery Cut-Off Date is set for September 1, 2023.
- The Motion Filing Cut-Off Date is set for October 26, 2023.
- The Joint Notice of Trial Readiness, the Final Pre-Trial Conference and their attendant requirements are waived.
- The Rule 52 Cross Briefing Schedule for the court Trial of this matter is set as follows:
  - Deadline to file Opening Rule 52 briefs: January 11, 2024
  - Deadline to file Responsive Rule 52 briefs: January 25, 2024
  - Hearing on Cross Motions for Judgment: February 8, 2024

The requested modification will not affect any other deadlines or requirements set forth in the Initial Scheduling Order.

**IT IS SO ORDERED.**

DATED: April 26, 2023

_____
Troy L. Nunley
United States District Judge